UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHIL ROSEMAN, et al. | ) |
| Plaintiffs, | ) ) ) |
| | ) Case No.:  4:10 CV- 01165-DJS |
| v. | ) ) |
| MARTIN SIGILLITO, et al. | ) ) |
| Defendants. | ) ) |

**HELFREY, NEIERS & JONES, P.C.'S MOTION TO WITHDRAW**

NOW COME Helfrey, Neiers & Jones, P.C., David B.B. Helfrey and Douglas P. Roller and moves this Court for leave to withdraw as attorneys on behalf of Defendant Martin T. Sigillito.  In support thereof, Movants state as follows:

1. On July 22, 2010, Movants filed a special and limited appearance for the purpose of requesting an extension of time to respond to the Complaint herein.

2. This Court directed that a responsive Pleading to Plaintiffs' Complaint be filed on or before August 10, 2010.

3. Martin T. Sigillito, a licensed attorney, is filing on August 10, 2010 his Pro Se appearance.  Mr. Sigillito is also filing a responsive pleading to Plaintiffs' Complaint on August 10, 2010.

4. Since Mr. Sigillito is filing his appearance pro se and is filing a responsive pleading as ordered by this Court, the proceedings in this case will continue without interruption or delay.

5.     Mr. Sigillito does not have sufficient funds to pay the Movants for the work already done on his behalf nor for future representation.

WHEREFORE, for the foregoing reasons, Movants seek leave to withdraw their appearance on behalf of Defendant Martin T. Sigillito.

Respectfully submitted,

/s/ Douglas P. Roller
Douglas P. Roller, EDMO #91287
David B.B. Helfrey, EDMO #3367
Helfrey Neiers & Jones, P.C.
120 S. Central Avenue, Suite 1500
St. Louis, MO  63105
Telephone: (314) 725-9100
Facsimile:  (314) 725-5754
droller@hnjlaw.com

**Attorneys for Defendant Martin Sigillito(appearing pursuant to a special and limited appearance)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2010 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Sebastian Rucci
Law Offices of Sebastian Rucci
401 E. Ocean Blvd., Suite 200
Long Beach, CA 90802-4993

*Attorney for Plaintiffs*

 /s/ Douglas P. Roller