```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MISSOURI
                  EASTERN DIVISION
```

| | | |
|---|---|---|
| **PHIL ROSEMAN, et al.,** | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:10CV1165-DJS |
| **MARTIN SIGILLITO, et al.,** | ) ) | |
| Defendants. | ) ) | |

<u>**ORDER**</u>

Upon review of the Court file, the undersigned has determined that there are circumstances present in this case which might possibly give rise to the need for recusal pursuant to 28 USC § 455. Accordingly,

**IT IS HEREBY ORDERED** that Judge Donald J. Stohr recuses himself from this action.

**IT IS FURTHER ORDERED** that the Clerk of Court reassign this case to another judge.

                              /s/Donald J. Stohr
                              **UNITED STATES DISTRICT JUDGE**

**Dated:**   8/12/10