IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ROSEMANN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:10-CV-1165-LRR |
| MARTIN SIGILLITO, et al., | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER

Come now Plaintiffs Phillip Rosemann, et al ("Plaintiffs"), Defendant Swinburne & Jackson ("Swinburne"), Defendant Paul Vogel ("Vogel"), Defendant Enterprise Bank & Trust ("EB&T") and Defendant Martin Sigillito ("Sigillito"), collectively "the Parties", pursuant to Federal Rule of Civil Procedure 26(c), and respectfully move the Court for entry of the attached Consent Protective Order.

Dated:  May 29, 2013

Respectfully submitted,

/s/ Thomas Plunkert
Thomas J. Plunkert (Mo Bar #26438)
Leritz, Plunkert & Bruning, P.C.
555 Washington Ave., Suite 600
St. Louis, MO 63101
Email: tplunkert@leritzlaw.com
Attorneys for Martin Sigillito

/s/ Randal K. Mullendore
Randal K. Mullendore (Mo Bar#40889)
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Email: randy.mullendore@huschblackwell.com
Attorneys for Enterprise Bank

/s/ Daniel G. Tobben
Daniel G. Tobben (Mo Bar # 24219)
Danna Mckitrick, P.C.
7701 Forsyth Boulevard, Suite 800
St. Louis, MO 63105
Email: dtobben@dmfirm.com
Attorneys for Paul Vogel

/s/ Steven H. Schwartz
Steven H. Schwartz (Mo Bar#36436)
Brown and James, P.C.
800 Market Street, 1100
St. Louis, MO 63101
Email: sschwartz@bjpc.com
Attorneys for Swinburne & Jackson, LLP

/s/ Jonathan F. Andres
Jonathan F. Andres (Mo. Bar 39531)
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
St. Louis, MO 63105
Tel: (314) 862-6800
Email: andres@stlouislaw.com
Attorney for Plaintiffs Cobb, McLemore, Shahan and Sincoski

/s/ Sebastian Rucci
Sebastian Rucci (E.D. Mo. 178114CA)
Law Offices of Sebastian Rucci
401 E. Ocean Blvd., Suite 1240
Long Beach, CA 90802
Tel: (330) 720-0398
Email:sebrucci@gmail.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed electronically with the clerk of the court this 29th day of May, 2013, via the CM/ECF filing system, which sent the notification of filing to all counsel of record.

                                                      /s/ Randal K. Mullendore