UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Phillip L. Rosemann, et. al. | ) | |
| | ) | |
| Plaintiff's, | ) | Case No. 4:10-cv-01165-DJS |
| vs. | ) | |
| | ) | |
| Martin Sigillito, et. al. | ) | Judge: Honorable Linda R. Reade |
| | ) | (Chief Judge Dist. Ct. N. Dist. Iowa) |
| Defendant's | ) | |
| | ) | |

**MEMORANDUM REGARDING SETTLEMENT**

COME NOW Plaintiffs and Defendant Enterprise Bank and Trust, by and through their attorneys, and announce that the parties have reached a confidential settlement and request thirty days to wrap up execution of releases and file the dismissal with prejudice.

Law Offices of Sebastian Rucci

/s/ *Sebastian Rucci*
Sebastian Rucci (E.D. Mo. 178114CA)
401 E. Ocean Blvd., Suite 1240
Long Beach, CA 90802
Tel: (330) 720-0398
Fax: (330) 954-0033
Attorney for Plaintiffs

Husch Blackwell LLP

/s/ *Omri E. Praiss*
Joseph P. Conran, E.D. Mo. #21635
Omri E. Praiss, E.D. Mo. # 41850
Randal K. Mullendore, E.D. Mo. #40889
Catherine A. Lewandowski, E.D. Mo. #61112
Elizabeth A. Mushill, E.D. Mo. #59623
Julia T. Farrell, E.D. Mo. #46830
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Main: 314.480.1500
Attorneys for Enterprise Bank and Trust

/s/ *Jonathan F. Andres*
Jonathan F. Andres (Mo. Bar 39531)
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
St. Louis, MO 63105
Tel: (314) 862-6800
Email: andres@stlouislaw.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Case mgmt/Electronic Case Files (CM/ECF) found on the internet at https://ecf.moed.uscourts.gov.

/s/ *Sebastian Rucci*
Sebastian Rucci (E.D. Mo. 178114CA)